IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-427-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.   MARK RANDALL RAYBORN,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

A Supervised Release Revocation hearing is set for **November 4, 2011 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  September 28, 2011